UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 28, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOLORES CASTORENA,

Defendant.

Case No. 2:16-mj-00143-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DOLORES CASTORENA ,

Case No. 2:16-mj-00143-CKD  from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

__X__  Unsecured Appearance Bond $  $25,000, co-signed by daughters.

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

__X__  (Other): Pretrial Services conditions

Issued at Sacramento, California on July 28, 2016 at  2:15 pm

By:  _____

Magistrate Judge Carolyn K. Delaney