MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DOLORES CASTORENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br> v.<br><br>DOLORES CASTORENA,<br><br>     Defendant. | No. 2:16-cr-155 TLN<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY APPROVAL FOR TRAVEL<br><br>Date:<br>Judge: Hon. Deborah Barnes |

   Defendant Dolores Castorena, by and through her undersigned attorney of record, and the United States of America, by and through the undersigned Assistant U.S. Attorney, hereby stipulate as follows:

   1. Ms. Castorena is presently on supervised release pending resolution of a three-count indictment against Ms. Castorena and five co-defendants.  The indictment charges all Defendants with conspiracy to manufacture marijuana, manufacture of marijuana, and depredation of federal property.

   2. Ms. Castorena's conditions of supervised release include special conditions that she surrender her United States passport and limit her travel to the Eastern and Northern Districts of California.  (Dkt. No. 9.)

   3. Ms. Castorena seeks permission to obtain her passport and make a limited trip to

Tijuana, Mexico, for the purpose of seeing a dentist to repair her dentures.

4. In April of 2016, Ms. Castorena went to a dentist in Tijuana, Mexico, who made dentures for her. The dentures recently cracked in half, and Ms. Castorena has unsuccessfully tried to fix them herself. The dentist in Tijuana guaranteed his work, and has told Ms. Castorena that he is willing to repair them.

5. Ms. Castorena must be present with the dentist, to have molds taken to make new dentures. It is a two-day process to make the dentures, have Ms. Castorena wear them, and then confirm on the second day that there are no problems.

6. The dentist whom Ms. Castorena needs to visit is Dr. Fernando Gonzalez of "Dental Frontera" and his address is Calle 3ra, Z. Centro Tijuana, B.C. C.P. 22000. While in Tijuana, she will stay at the home of relative Martha Castorena and limit her travel to the home where she is staying, the dentist's office, and reasonable excursions within Tijuana for dining and basic needs (e.g., exercise, dining).

7. Ms. Castorena will clear her travel plans in advance with her Pretrial Services Officer, and will follow up with her Pretrial Service Officer while in Tijuana to confirm that she is conforming to her agreed-upon schedule.

8. Defense counsel has spoken to Ms. Castorena's Pretrial Services Officer, Michael Evans, and with the undersigned Assistant U.S. Attorney about this proposal. Officer Evans and his colleague Kim Do of the San Jose office of the Northern District of California, who is monitoring Ms. Castorena, have informed defense counsel that Ms. Castorena has complied with all of her special and standard conditions thus far.

9. The Government does not object to the foregoing plan.

10. The undersigned parties hereby stipulate that the Court may temporarily return to Ms. Castorena her United States passport. Ms. Castorena may use her passport to travel to Tijuana, Mexico between April 6 and 20, 2017. The Clerk may release the passport to Attorney Long on April 6, 2017, and Mr. Long will send the passport to Ms. Castorena. Ms. Castorena may remain in Tijuana for three days, for the limited purpose of obtaining repaired or new

dentures (including returning to the dental office the day after first getting the dentures to make sure they still fit correctly), and must then return to her home in the United States the day after the dental work is completed.  Ms. Castorena must return her United States passport to her Pretrial Services Officer in Fresno within twenty-four hours of her return to the United States.  The special conditions limiting Ms. Castorena's possession of her passport and her travel will be temporarily suspended during this period, and all of her other special and standard conditions will remain in force.  Upon returning to the United States and timely returning her passport to Pretrial Services, the two special conditions concerning her passport and travel will resume.

Dated:  March 16, 2017                                    Respectfully submitted,

                                                          /s/ Michael D. Long
                                                          MICHAEL D. LONG
                                                          Attorney for Dolores Castorena


Dated:  March 16, 2017                                    PHILLIP A. TALBERT
                                                          United States Attorney

                                                          /s/ Owen Roth
                                                          OWEN ROTH
                                                          Assistant U.S. Attorney

### ORDER

Good cause appearing and having been shown, the Court hereby adopts the parties' stipulation as its order.

IT IS SO ORDERED

Dated:  March 16, 2017

                                                          _____
                                                          DEBORAH BARNES
                                                          UNITED STATES MAGISTRATE JUDGE

3