MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DOLORES CASTORENA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 16-155 TLN |
| Plaintiff, | ) |
|  | ) STIPULATION AND |
| v. | ) ORDER ADDING NEVADA TO |
|  | ) DISTRICTS APPROVED FOR TRAVEL |
|  | ) |
| DOLORES CASTORENA, | ) Date: |
|  | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Kendall J. Newman |
| ===============================) | |

Ms. Castorena's special conditions of pre-trial release are found in ECF document 9. Special Condition 5 limits her travel to the Eastern and Northern Districts of California.

Ms. Castorena lives with her daughter, Ms. Setteberg.  Ms. Castorena and the Settebergs are being evicted from their house as of May 5, 2017, because the landlord is raising the rent too much. Ms. Castorena is looking for a new residence, but cannot find any place that is near where she currently lives.  She needs to move in with another daughter, Ms. Kidd, who lives in Reno, Nevada. She needs to move on Saturday, May 6, 2017.  Ms Kidd's address and contact information will be provided to Pre-Trial Services.

I have spoken to PTS Mike Evans and AUSA Owen Roth about this problem.  PTS Evans and his Fresno colleague who is monitoring Ms. Castorena (she resides near Salinas) both report she has complied with all conditions of release.  AUSA Roth indicates he does not oppose adding the District of Nevada to the districts in which Ms. Castorena is approved for travel.

-1-

The undersigned parties hereby stipulate that the Court may add the District of Nevada to Ms. Castorena's districts that are approved for travel.

Dated:  April 28, 2017					Respectfully submitted,

							/s/ Michael D. Long
							MICHAEL D. LONG
							Attorney for Dolores Castorena

Dated:  April 28, 2017					PHILLIP A. TALBERT
							Acting United States Attorney

							/s/ Owen Roth
							OWEN ROTH
							Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the District of Nevada is added to Special Condition number 5 as a district approved for travel for Ms. Castorena.

Dated:  May 1, 2017

							_____
							KENDALL J. NEWMAN
							UNITED STATES MAGISTRATE JUDGE