JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
ZENON NOLASCO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No.: 2:16-CR-155-TLN |
| ) | |
| Plaintiff,      ) | **AMENDED** STIPULATION REGARDING |
| ) | EXCLUDABLE TIME PERIODS UNDER SPEEDY |
| vs.      ) | TRIAL ACT; FINDINGS AND ORDER |
| ) | |
| GUZMAN-JUAREZ et al.,      ) | Date:  September 21, 2017 |
| ) | Time:  9:30 a.m. |
| Defendants.      ) | Judge: Honorable Troy L. Nunley |
| ) | |

　　　The United States of America through its undersigned counsel, Owen Roth, Assistant United States Attorney, together with counsel for defendant Salvador Guzman-Juarez, Clemente M. Jimenez, Esq., counsel for defendant Dolores Castorena, Michael D. Long, Esq., counsel for defendant Pedro Nolasco-Sanchez, Dina L. Santos, Esq., counsel for defendant Fidel Nolasco-Sanchez, Toni L. White, Esq., counsel for defendant Zenon Nolasco-Sanchez, John R. Manning, Esq., and counsel for defendant Domingo Nolasco-Sanchez, Kelly Babineau, Esq., hereby stipulate the following:

　　　1.  By previous order, this matter was set for status conference on July 20, 2017.

　　　2.  By this stipulation, the defendants now move to continue the status conference until September 21, 2017 and to exclude time between July 20, 2017 and September 21, 2017 under the Local Code T-4 (to allow defense counsel

time to prepare).  Counsel for the Nolasco-Sanchez defendants anticipate either pleading guilty or setting the matter for trial at the September 21, 2017 court date.

    3.  The parties agree and stipulate, and request the Court find the following:

    a. The government has produced over 200 pages of discovery to each defendant.  Additionally, the Government has completed the search of the phones and does not have results to produce, however, the government will make available the contents of the phones to any defendant who wants to review them.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, interview potential witnesses, and meet with their clients to review relevant guideline sections.  (Ms. Babineau was appointed to this matter on May 12, 2017.) Additionally, counsel for the defendants are having on-going resolution discussions with their respective clients.  Three defendants have received plea agreements from the government; one defendant has received a written offer; and, the remaining two defendants, through their attorney's, are discussing resolution with the government.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of

the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of July 20, 2017, to September 21, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:   July 18, 2017                    /s/  Clemente M. Jimenez
                                          CLEMENTE M. JIMENEZ
                                          Attorney for Defendant
                                          Salvador Guzman-Juarez

Dated:   July 18, 2017                    /s/  Michael D. Long
                                          MICHAEL D. LONG
                                          Attorney for Defendant
                                          Dolores Castorena

Dated:   July 18, 2017                    /s/  Dina L. Santos
                                          DINA L. SANTOS
                                          Attorney for Defendant
                                          Pedro Nolasco-Sanchez

Dated:   July 18, 2017                    /s/  Toni L. White
                                          TONI L. WHITE
                                          Attorney for Defendant
                                          Fidel Nolasco-Sanchez

///

```
Dated:  July 18, 2017              /s/   John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Zenon Nolasco-Sanchez


Dated:  July 18, 2017              /s/   Kelly Babineau
                                   KELLY BABINEAU
                                   Attorney for Defendant
                                   Domingo Nolasco-Sanchez


Dated: July 18, 2017               Phillip A. Talbert
                                   United States Attorney

                                   by:   /s/   Owen Roth
                                   OWEN ROTH
                                   Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of July, 2017.

_____
Troy L. Nunley
United States District Judge